# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                          Case No.:07−11488
Will Thomas Koprowski

                         Debtor(s)                Chapter: 13

S.S.#:xxx−xx−9189

# NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 12/28/07.
The Court's Order Dismissing is available electronically or may be a docketing event
only.

Order Granting Trustee's Motion to Dismiss Case for Failure to Make Plan Payments
(Related Doc # [29]) CASE DISMISSED. Entered on 2/19/2009. (Hurtt, D).

Note: If this case was dismissed for failure to pay Court's filing fee, no further
applications by the debtor(s) to pay filing fee in installments will be considered by the
Court.


Dated: 2/19/09

                                          FOR THE COURT
By: dh                                    Diane S. Robl
Deputy Clerk                              Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
The following entities were served by first class mail on Feb 21, 2009.
db          +Will Thomas Koprowski,   398 Old Greenville Road,   Russellville, KY 42276-8427
smg          Division of Unemployment Insurance,   CHR Building, Second Floor East,   Frankfort, Ky  40601
3596629      ARROW FINANCIAL SERVICES, LLC,   c/o Jefferson Capital Systems LLC,   PO BOX 23051,
              COLUMBUS GA 31902-3051
3543637     +Allied Interestate Inc.,   435 Ford Road, Suite 800,   Minneapolis, MN 55426-1096
3543639      Direct TV,   100 East Main Muir Avenue,   Bardstown, KY  40004
3543640      Division Of Unemployment Insurance,   275 E. Main Street,   2nd Floor East,
              Frankfort, KY 40621-0001
3683282     +Division of Child Support,   for Bonnie Koprowski,   PO Box 14059,   Lexington, KY 40512-4059
3590745      First Southern National Bank,   c/o Stephanie L. McGehee-Shacklette,
              Harned, Bachert & Denton, LLP,   P O Box 1270,   Bowling Green, KY  42102-1270
3543642     +First Southern National Bank,   138 N. Main Street,   Russellville, KY 42276-1839
3543643     +Friedmans Jewelers,   171 Cross Roads Parkway,   Savannah, GA 31407-3021
3543646     +HH Greg Credit/GE Money Bank,   P.O. Box 981284,   El Paso, TX 79998-1284
3543647      Hon. Larry F. Hinton,   310 East 11th Avenue,   P.O. Box 4000,   Bowling Green, KY  42102-4000
3543648      Hon. Larry Hinton,   P.O. Box 4000,   Bowling Green, KY  42102-4000
3543649     +Mark Law,   650 Riggins Road,   Adairville, KY 42202-7918
3543650     +Service One Credit Union,   1609 Campbell Lane,   Bowling Green, KY 42104-4194
3580187      Service One Credit Union, Inc.,   c/o Larry F. Hinton,   P. O. Box 4000,
              Bowling Green, KY 42102-4000
3543651      Timothy Crocker,   126 West Kentucky Street,   Franklin, KY  42134

The following entities were served by electronic transmission on Feb 19, 2009.
3543638     +EDI: ACCE.COM Feb 19 2009 16:03:00     Asset Acceptance, LLC,   P.O. Box 2036,
              Warren, MI 48090-2036
3543641     +EDI: AMINFOFP.COM Feb 19 2009 16:04:00     First Premier Bank,   P.O. Box 5524,
              Sioux Falls, SD 57117-5524
3543644     +EDI: RMSC.COM Feb 19 2009 16:03:00     GE Money Bank,   Attention:  Bankruptcy Department,
              P.O. Box 103106,   Roswell, GA 30076-9106
3543645     +EDI: RMSC.COM Feb 19 2009 16:03:00     GEMB/ HH Gregg,   P.O. Box 981439,
              El Paso, TX 79998-1439
                                                                               TOTAL: 4

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2009**        **Signature:**     *Joseph Speetjens*